No. 256. INDIANA EX REL. ANDERSON *v.* BRAND, TRUSTEE. February 28, 1938. *Ante,* p. 95.

No. 346. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BOWERS, ADMINISTRATRIX. February 28, 1938.

No. 13. UNITED GAS PUBLIC SERVICE CO. *v.* TEXAS ET AL. See *ante,* p. 625.

No. 161. SOUTH CAROLINA STATE HIGHWAY DEPT. ET AL. *v.* BARNWELL BROS., INC., ET AL. See *ante,* p. 625.

No. 712. WABASH APPLIANCE CORP. ET AL. *v.* GENERAL ELECTRIC CO. March 14, 1938.

No. 469. FOSTER, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. March 14, 1938.

No. 674. SCHRIBER-SCHROTH CO. *v.* CLEVELAND TRUST CO. ET AL. March 14, 1938.

No. 675. ABERDEEN MOTOR SUPPLY CO. *v.* CLEVELAND TRUST CO. ET AL. March 14, 1938.

No. 676. F. E. ROWE SALES CO. *v.* CLEVELAND TRUST CO. ET AL. March 14, 1938.

No. 434, October Term, 1936. ABEL ET AL. *v.* KENNEDY ET AL. March 28, 1938. 299 U. S. 580, 622.